**UNITED STATES of America,**
**Appellee,**

v.

**Jerome MARSHALL, also known as Raymond Mollo, also known as Ronald Mooney, also known as Amos Smalls, also known as Howie Harband, also known as James A. Marshall, also known as J. Marshall, also known as James R. Marshall, also known as Raymond Mocco, also known as Ronald Money, also known as Dennis Moore, also known as Jerome Williams, also known as James Alexander Marshall, also known as Jermon C. Marshall, also known as Jerome C. Marshall, Appellant.**

No. 04–3930.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 7, 2005.
Decided Dec. 9, 2005.

Nancy A. Svoboda, U.S. Attorney's Office, Omaha, NE, for Appellee.

Jerome Marshall, Philadelphia, PA, pro se.

Glenn Alan Shapiro, Gallup & Schaefer, Omaha, NE, for Appellant.

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Jerome Marshall pled guilty to conspiring to distribute and possess with intent to distribute cocaine, in violation of 21 U.S.C. § 846. The district court[1] sentenced him to 100 months in prison and 5 years of supervised release. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and Marshall has filed a pro se supplemental brief.

Marshall and his counsel both argue that the district court erred by determining that two of his prior convictions—for receiving stolen property and for credit card fraud—were not related. We conclude that the court did not err because the presentence report contained facts, to which Marshall did not object, which showed that the offenses were separated

[1]. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

by an intervening arrest. *See* U.S.S.G. § 4A1.2, comment. (n.3); *United States v. Newsome*, 409 F.3d 996, 999 (8th Cir.), *cert. denied*, —— U.S. ——, 126 S.Ct. 463, 163 L.Ed.2d 352 (2005).

Having reviewed the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no non-frivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.